The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Emily Katherine Delaune*
   *v. Commonwealth of Virginia*
   Record No. 0328-22-1
   Opinion rendered by Judge Lorish
   on January 10, 2023

2. *Aleskey Gennadiyev Yemel'yanov*
   *v. Commonwealth of Virginia*
   Record No. 0450-22-2
   Opinion rendered by Judge Beales
   on January 10, 2023

3. *CB & PB Enterprises, LLC, d/b/a Maaco Collision Repair and Auto Painting*
   *and Hanson Butler*
   *v. Bryant McCants*
   Record No. 0046-22-2
   Opinion rendered by Judge O'Brien
   on January 17, 2023

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Ashley Esposito*
   v. *Virginia State Police*
   Record No. 0090-21-3
   Opinion rendered by Judge Humphreys
     on January 11, 2022
   Refused (220098)

2. *Dwayne Allen Ray, Jr.*
   v. *Commonwealth of Virginia*
   Record No. 0808-20-3
   Opinion rendered by Judge AtLee
     on February 1, 2022
   Refused (220131)

3. *Lucas Edward Ritchie*
   v. *Commonwealth of Virginia*
   Record No. 0204-21-3
   Opinion rendered by Judge Fulton
     on February 8, 2022
   Refused (220257)

4. *Jason Park*
   v. *Commonwealth of Virginia*
   Record No. 0592-21-4
   Opinion rendered by Chief Judge Decker
     on May 3, 2022
   Refused (220322)

5. *Dustin Keith Conley*
   v. *Commonwealth of Virginia*
   Record No. 0682-21-2
   Opinion rendered by Judge Fulton
     on May 3, 2022
     Refused (220381)

6. *Jeffery Dale Howard*
   v. *Commonwealth of Virginia*
   Record No. 0495-21-4
   Opinion rendered by Judge Ortiz
     on May 10, 2022
   Refused (220412)

7.  *Michael Angelo Street*
    v. *Commonwealth of Virginia*
    Record No. 1355-21-1
    Opinion rendered by Chief Judge Decker
     on August 2, 2022
    Refused (220491)

8.  *Travor Lamont Lucas*
    *v. Commonwealth of Virginia*
    Record No. 0997-21-1
    Opinion rendered by Judge Fulton
     on August 9, 2022
    Refused (220568)